# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRI BROTHER, | CASE NO. CV-F-03-6338 REC SMS P |
|         Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO DEPOSE DEFENDANT BAUGHMAN AS UNNECESSARY |
|     v. | |
| TEHACHAPI PRISON MEDICAL PROVIDER, et al., | (Doc. 67) |
|         Defendants. / | |

    Plaintiff Henri Brother ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 11, 2005, plaintiff filed a motion seeking leave of court to depose defendant Baughman.

    Plaintiff need not obtain permission from the court to depose defendant Baughman. Depositions must be noticed and conducted in compliance with Federal Rule of Civil Procedure 30. In order to conduct a deposition, plaintiff must, in part, arrange for the deposition testimony to be recorded and arrange for the deposition to be conducted before an officer authorized to administer an oath. Fed. R. Civ. Pro. 30(b).

    Given that plaintiff is incarcerated, he may need the court's assistance in gaining the cooperation of prison officials and he may need to court to issue a subpoena duces tecum on his behalf. However, because conducting a deposition will require that plaintiff pay certain costs for the recording and the officer, the court will not intervene until such time as plaintiff demonstrates that he understands the requirements for deposing a witness and is capable of securing the funds to pay

the costs that are incurred in deposing a witness. If plaintiff makes that showing, the court will schedule a telephonic hearing with plaintiff and defendants' counsel to discuss the logistics of deposing defendant Baughman.

For the foregoing reasons, plaintiff's motion for leave to depose defendant Baughman, filed April 11, 2005, is DENIED as unnecessary.

IT IS SO ORDERED.

**Dated:   May 16, 2005**                       /s/ Sandra M. Snyder
icido3                                          UNITED STATES MAGISTRATE JUDGE