# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRI BROTHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEHACHAPI PRISON MEDICAL PROVIDER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV-F-03-6338 REC SMS P<br><br>ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS AT THIS JUNCTURE, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO ORDER FURTHER BRIEFING AND SET EVIDENTIARY HEARING<br><br>(Doc. 62) |

　　　　Plaintiff Henri Brother ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On March 23, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff filed objections on April 11, 2005.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis based on the law at that time. However, one day after the Magistrate Judge issued the Findings and Recommendations, the United States Court of Appeals for the Ninth Circuit issued Ngo v. Woodford, 403 F.3d 620 (9th Cir. 2005). The Magistrate Judge's recommendation was based on

1

the fact that plaintiff failed to submit any evidence that he filed a timely grievance but was thwarted. In <u>Ngo</u>, the Ninth Circuit held that because the prisoner's administrative appeal was deemed time-barred and no further level of appeal remained in the state prison's internal appeals process, he completed all avenues of administrative review available to him and therefore exhausted. <u>Ngo</u>, 403 F.3d at 630. In light of <u>Ngo</u>, the timeliness of plaintiff's attempts is no longer relevant. Once the issue of timeliness of plaintiff's attempts is removed from the analysis, the Court is left with a factual dispute concerning what steps plaintiff took and what did or did not happen to his appeals. Therefore, the matter shall be referred back to the Magistrate Judge for further briefing and an evidentiary hearing. <u>Wyatt v. Terhune</u>, 315 F.3d 1108, 1119-120 (9th Cir. 2003) (In deciding a motion to dismiss for failure to exhaust administrative remedies, the court may look beyond the pleadings and decide disputed issues of fact.).

  Accordingly, IT IS HEREBY ORDERED that:

1. Based on the issuance of <u>Ngo v. Woodford</u>, 403 F.3d 620 (9th Cir. 2005), the Findings and Recommendations, filed March 23, 2005, is not adopted at this time; and

2. This matter is referred back to the Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **May 19, 2005**          /s/ Robert E. Coyle
668554                UNITED STATES DISTRICT JUDGE