# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRI BROTHER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TEHACHAPI PRISON MEDICAL PROVIDER, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-03-6338 REC SMS P<br><br>ORDER REQUIRING PARTIES TO SUBMIT FURTHER BRIEFING, AND SETTING EVIDENTIARY HEARING<br><br>(Doc. 76)<br><br>Defendants' Brief Due:　June 6, 2005<br>Plaintiff's Brief Due:　June 27, 2005<br><br>Hearing Date:　June 30, 2005<br>Time:　10:00 a.m.<br>Location:　Courtroom 4 (SMS) |

　　　　Pursuant to the Court's order of May 19, 2005, the parties shall submit further briefing on the issue of whether or not plaintiff exhausted the available administrative remedies with respect to his excessive force claim against defendant Granillo. Defendants shall file a supplemental brief specifically addressing plaintiff's allegation that on three occasions he submitted an appeal grieving the excessive force incident and the appeal disappeared each time. Defendants' attention is directed to <u>Ngo v. Woodford</u>, 403 F.3d 620 (9th Cir. 2005) and to the line of cases set forth in the March 23, 2005 Findings and Recommendations on page 3 at beginning at line 26. After defendants have filed their supplemental brief, plaintiff may, if he chooses, file a reply brief. Following the submission of the briefs, an evidentiary hearing at which the parties must personally appear shall be held.[1] <u>Wyatt</u>

---

[1] The Court will arrange for the transportation of plaintiff to the courthouse.

1

v. Terhune, 315 F.3d 1108, 1119-120 (9th Cir. 2003) (In deciding a motion to dismiss for failure to exhaust administrative remedies, the court may look beyond the pleadings and decide disputed issues of fact.)

Accordingly, it is HEREBY ORDERED that:

1. Defendants shall file a supplemental brief on or before **June 6, 2005**;
2. Plaintiff's reply brief, if any, is due on or before **June 27, 2005**; and
3. This matter is set for an evidentiary hearing on **June 30, 2005** at 10:00 a.m. before the undersigned in Courtroom 4.

IT IS SO ORDERED.

**Dated:   May 20, 2005**                     /s/ Sandra M. Snyder
icido3                                                  UNITED STATES MAGISTRATE JUDGE

2