1 | BILL LOCKYER
Attorney General of the State of California
2 | ROBERT R. ANDERSON
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | STEPHEN ACQUISTO
Supervising Deputy Attorney General
5 | VAN KAMBERIAN, State Bar No. 176665
Deputy Attorney General
6 |   1300 I Street, Suite 125
  P.O. Box 944255
7 |   Sacramento, CA 94244-2550
  Telephone:  (916) 324-3892
8 |   Fax:  (916) 324-5205

9 | Attorneys for Baughman and Granillo
SA2004102982

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **HENRI BROTHER,** | CASE NO. 1:03-cv-06338 REC SMS P |
| Plaintiff, | **ORDER GRANTING A CONTINUANCE OF THE JUNE 30, 2005 EVIDENTIARY HEARING** |
| v. | |
| **TEHACHAPI PRISON MEDICAL PROVIDER, et al.,** | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER GRANTING A CONTINUANCE OF THE JUNE 30, 2005 EVIDENTIARY HEARING

1

Defendants' request for a continuance of the June 30, 2005 evidentiary hearing was considered by the Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that

1. Defendants shall file a supplemental brief on or before August 4, 2005.
2. Plaintiff's reply brief, if any, is due on or before August 18, 2005.
3. The evidentiary hearing shall be continued to Aug. 25, 2005, at 10:00 a..m. in Courtroom 4.

IT IS SO ORDERED.

**Dated:   June 3, 2005**                                  /s/ Sandra M. Snyder
icido3                                                     UNITED STATES MAGISTRATE JUDGE