IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRI CHARLES BROTHER, | 1:03-CV-6338-AWI-SMS-P |
| Plaintiff, | |
| vs. | ORDER DENYING MOTIONS TO CONTINUE EVIDENTIARY HEARING AS MOOT, AND ORDERING PLAINTIFF TO FILE REPLY BRIEF ON OR BEFORE AUGUST 11, 2005 |
| TEHACHAPI PRISON MEDICAL PROVIDER, et al., | |
| Defendants. | (Document No. 82, 83) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.  On June 6, 2005, plaintiff filed motions to postpone the evidentiary hearing scheduled for June 30, 2005.   Due to the fact that the court granted a continuance and re-set the evidentiary hearing for August 25, 2005 at 10:00 a.m., plaintiff's motions are moot and shall be denied on that ground.

Pursuant to the court's order of June 6, 2005, defendants were ordered to file their supplemental brief on or before August 4, 2005, and plaintiff was ordered to file his reply brief on or before August 18, 2005.  In light of the fact that defendants filed their supplemental brief on June 6, 2005, plaintiff's reply brief shall be filed on or before August 11, 2005.

///

Accordingly, plaintiff's motions of June 6, 2005, are HEREBY DENIED as moot, and plaintiff's reply brief shall be filed on or before August 11, 2005.

IT IS SO ORDERED.

**Dated:**   **July 7, 2005**                              /s/ Sandra M. Snyder
i0d3h8                                                        UNITED STATES MAGISTRATE JUDGE