1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9   HENRI BROTHER,                          CASE NO. 1:03-CV-06338-REC-SMS-P

10              Plaintiff,                   ORDER SETTING TELEPHONIC HEARING
                                            TO DISCUSS PLAINTIFF'S REQUEST FOR
11      v.                                  RELIEF FROM PERSONAL APPEARANCE
                                            AT EVIDENTIARY HEARING
12  TEHACHAPI PRISON MEDICAL
    PROVIDER, et al.,                       (Doc. 87)
13
               Defendants.                  Date:        August 11, 2005
14                                          Time :       10:00 a.m.
                                            Courtroom:   4 (SMS)
15
                                    /
16

17          Plaintiff Henri Brother ("plaintiff") is a state prisoner proceeding pro se and in forma

18  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  An evidentiary hearing concerning

19  the issue of exhaustion is currently set for August 25, 2005, at 10:00 a.m.  On July 25, 2005, plaintiff

20  filed a request to be relieved of his obligation to personally appear at the hearing.  Plaintiff stated in

21  the request that if he is required to appear, he will dismiss this action.

22          The parties are required to appear at the evidentiary hearing.  The court does not take lightly

23  the setting of such a hearing and if the court believed it could resolve defendants' pending motion

24  to dismiss on the papers, it would have done so.  The court deems it necessary to hold a telephonic

25  hearing to discuss plaintiff's concerns.

26  ///

27  ///

28  ///

1

1    Accordingly, (1) this matter is set for telephonic hearing on **August 11, 2005, at 10:00 a.m.**

2   in Courtroom 4, and (2) counsel for defendants is required to arrange for the participation of plaintiff

3   in the telephonic hearing and to initiate the telephonic hearing at **(559) 498-7325**.

4

5   IT IS SO ORDERED.

6   **Dated:   August 3, 2005**                        /s/ **Sandra M. Snyder**
    i0d3h8                                 UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2