# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRI BROTHER,<br><br>        Plaintiff,<br><br>   v.<br><br>TEHACHAPI PRISON MEDICAL PROVIDER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-CV-06338-REC-SMS-P<br><br>ORDER SETTING TELEPHONIC HEARING<br><br>Date:      August 18, 2005<br>Time :     10:00 a.m.<br>Courtroom:  4 (SMS) |

On August 11, 2005, at 10:00 a.m., the court held a telephonic hearing to discuss plaintiff's concern with personally appearing at the evidentiary hearing currently set for August 25, 2005, at 10:00 a.m. The parties shall appear telephonically on August 18, 2005, at 10:00 a.m. for a continuation of the hearing initiated on August 11. As discussed during the August 11 hearing, prior to the August 18 hearing, defendants' counsel shall contact prison officials at the California Correctional Institution and inquire into how plaintiff's transportation and medication issues would be handled and what the situation with plaintiff's cell and property would be, if plaintiff were to appear at the hearing.

Accordingly, (1) this matter is set for telephonic hearing on **August 18, 2005, at 10:00 a.m.** in Courtroom 4, and (2) counsel for defendants is required to arrange for the participation of plaintiff in the telephonic hearing and to initiate the telephonic hearing at **(559) 498-7325**.

IT IS SO ORDERED.

**Dated:   August 11, 2005**              **/s/ Sandra M. Snyder**
i0d3h8                                     UNITED STATES MAGISTRATE JUDGE