UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRI CHARLES BROTHER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TEHACHAPI PRISON, et al.,<br><br>　　　　Defendants.<br>_____ / | 1:03-CV-6338 REC SMS P<br><br><br>**ORDER & WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM TO TRANSPORT**<br>**HENRI CHARLES BROTHER, PLAINTIFF**<br><br>As to Henri Charles Brother, CDC # K-29761 |

　　　　Plaintiff, **HENRI CHARLES BROTHER**, inmate CDC# K-29761, a necessary and material witness on his own behalf in proceedings in this case on November 15, 2005, is confined at California Correctional Institute at Tehachapi, 24900 Highway 202, Tehachapi, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, Third Floor, Courtroom #4, United States Courthouse, 1130 'O' Street, Fresno, California on November 15, 2005, at 9:30 a.m.

　　　　ACCORDINGLY, IT IS ORDERED that:

　　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　　2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden of California Correctional Institution (CCI), 24900 Highway 202, Tehachapi, California 93581:**

　　　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

　　　　IT IS SO ORDERED.

**Dated:　October 26, 2005**　　　　　　　　　/s/ Sandra M. Snyder
i0d3h8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE