# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRI BROTHER,<br><br>        Plaintiff,<br><br>   v.<br><br>TEHACHAPI PRISON MEDICAL PROVIDER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-CV-6338-REC-SMS-P<br><br>ORDER SETTING SETTLEMENT CONFERENCE, AND DIRECTING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS DIRECTLY TO SETTLEMENT JUDGE'S CHAMBERS<br><br><u>Settlement Conference</u>: November 9, 2005, at 1:30 p.m. before the Honorable Lawrence J. O'Neill in Courtroom 4 (SMS) |

      Plaintiff Henri Brother ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. There is an evidentiary hearing currently set in this matter before the undersigned on November 15, 2005 at 10:00 a.m. On October 27, 2005, pursuant to the court's order of August 19, 2005, defense counsel notified court staff that a settlement conference would be productive. Accordingly, a settlement conference shall be held on **November 9, 2005 at 1:30 p.m.** before United States Magistrate Judge Lawrence J. O'Neill in Courtroom 4. The plaintiff shall be transported to the court for the settlement conference. Unless otherwise permitted in advance by the court, <u>the attorney(s) who will try the case</u> shall appear at the mandatory settlement conference <u>with the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the conference.[1]

---

[1] In this instance, Judge O'Neill has consented to the appearance of counsel for the Department of Corrections by telephone. Defendants' counsel and plaintiff, however, will appear in person.

1

On or before **November 7, 2005**, the parties shall submit <u>directly to the settlement conference judge's chambers</u> a confidential settlement conference statement. This statement <u>should not be filed with the Clerk's Office and should not be served on the other party</u>. It should be mailed directly to chambers at the following address: Chambers of Magistrate Judge Lawrence J. O'Neill, 1130 O Street, Room 1116, Fresno, California, 93721. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. The parties are urged to request the return of their statements. If such request is not made, the court will dispose of the statements.

The Confidential Settlement Conference Statement shall include the following:

A.  A brief statement of the facts of the case;

B.  The relief sought; and

C.  The party's position on settlement, including realistic settlement expectations, present demands and offers, and a history of past settlement discussions, offers, and demands.

Defendants' counsel shall include an estimate of the cost and time to be expended for further pretrial and trial matters.

IT IS SO ORDERED.

**Dated:   October 27, 2005**                                /s/ Sandra M. Snyder
icido3                                                                              UNITED STATES MAGISTRATE JUDGE