# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRI BROTHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEHACHAPI PRISON MEDICAL<br>PROVIDER, et al.,<br><br>　　　　　Defendants.<br>_____／ | CASE NO. 1:03-CV-6338-REC-SMS-P<br><br>ORDER VACATING EVIDENTIARY<br>HEARING SET FOR NOVEMBER 15, 2005,<br>AT 10:00 A.M.<br><br>(Doc. 91) |

　　　　In light of the settlement of this case reached on November 9, 2005, the evidentiary hearing set for November 15, 2005, at 10:00 a.m. before the undersigned is HEREBY VACATED.  The orders and writs of habeas corpus ad testificandum issued to transport plaintiff and inmate witnesses Rojas and McKinney shall be vacated by separate order.

　　　　The Clerk's Office is HEREBY DIRECTED to send a courtesy copy of this order to the Litigation Office at the California Correctional Institution.


IT IS SO ORDERED.

**Dated:　November 9, 2005**　　　　　　　**/s/ Sandra M. Snyder**
i0d3h8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1