UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRI CHARLES BROTHER, | ) | 1:03-CV-6338 REC SMS P |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER VACATING OCTOBER 26, 2005 ORDERS AND |
| v. | ) | WRITS OF HABEAS CORPUS AD TESTIFICANDUM |
| | ) | AS TO PLAINTIFF HENRI CHARLES BROTHER, AND |
| TEHACHAPI PRISON, et al., | ) | INMATE WITNESSES GREGORY McKINNEY AND |
| | ) | ALFONSO ROJAS |
| | ) | |
| Defendants. | ) | (DOCUMENTS #97, 98, 99) |
| _____ | ) | |

Plaintiff Henri Charles Brother is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 27, 2005, the Court issued three Orders and Writs of Habeas Corpus Ad Testificandum to transport the following individuals:

      HENRI CHARLES BROTHER, CDC # K-29761

      GREGORY McKINNEY, CDC # P-23535

      ALFONSO ROJAS, CDC # K-98883

The Warden of the California Correctional Institution (CCI) was commanded to produce said inmates in this Court on November 15, 2005, to testify at an evidentiary hearing in this action.

On November 9, 2005, a settlement was reached in the above captioned matter, and the evidentiary hearing was vacated by separate order.

1

1    Accordingly, because the evidentiary hearing is no longer on the Court's calendar,
2 IT IS ORDERED that the Court's Orders and Writs of Habeas Corpus Ad Testificandum issued on
3 October 27, 2005, commanding the production of the above-named inmates, ARE VACATED.

5 IT IS SO ORDERED.

6 **Dated:   November 9, 2005**             /s/ Sandra M. Snyder
  i0d3h8                                    UNITED STATES MAGISTRATE JUDGE