1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | MONICA N. ANDERSON
Supervising Deputy Attorney General
5 | VAN KAMBERIAN, State Bar No. 176665
Deputy Attorney General
6 | 1300 I Street, Suite 125
P.O. Box 944255
7 | Sacramento, CA 94244-2550
Telephone: (916) 324-3892
8 | Fax: (916) 324-5205

9 | Attorneys for Granillo and Baughman
SA2004102982

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE EASTERN DISTRICT OF CALIFORNIA

13 | FRESNO DIVISION

14

15 | **HENRI BROTHER,**                          CASE NO. CIV F-03-6338 REC SMS P

16 |                             Plaintiff,    **STIPULATION FOR VOLUNTARY DISMISSAL, AND ORDER**

17 |             v.                            **DISMISSING ACTION, WITH PREJUDICE**

18 | **TEHACHAPI PRISON MEDICAL PROVIDER, et al.,**

19 |

20 |                             Defendants.

21 | **STIPULATION OF VOLUNTARY DISMISSAL
IN ACTION BROUGHT UNDER 42 USC § 1983**

22

23 | **STIPULATION OF VOLUNTARY DISMISSAL AND GENERAL RELEASE**

24 |      I, HENRI BROTHER, (hereafter referred to in this stipulation as "Plaintiff"), hereby

25 | enter into this Stipulation of Voluntary Dismissal and General Release ("Stipulation") with the

26 | CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR") and

27 | ///

28 | ///

Stipulation for Voluntary Dismissal

1

1  all persons who have been named as Defendants in the action entitled <u>Henri Brother v.</u>

2  <u>Tehachapi Prison Medical Provider, et. al.</u>, CIV F-03-6338 REC SMS P.

3  **RECITALS**

4        The complaint in this matter was filed on November 3, 2003, by Plaintiff.  It was

5  alleged in the complaint that on June 14, 2003 Defendant Granillo utilized excessive force

6  against Plaintiff.  Plaintiff alleges that Baughman was deliberately indifferent to his serious

7  medical needs.  Plaintiff's allegations are that Baughman stopped his previously ordered

8  medications, disregarded his chronic pain needs and chose not to provide appropriate relief for

9  his hepatitis c condition. Plaintiff also alleges general allegations of deliberate medical

10  indifference.  Plaintiff contended that these acts violated his rights under the Eighth Amendment

11  of the United States Constitution.

12        These allegations were brought pursuant to Title 42, United States Code (U.S.C.),

13  §1983.

14        All of the allegations of wrongdoing made by Plaintiff in this lawsuit are denied by

15  CDCR and all Defendants who were ever parties to this lawsuit.

16        Plaintiff and CDCR agree to settle this entire action for and in consideration of the

17  following, in accord with the terms and conditions of this Stipulation of Voluntary Dismissal:

18        1.   CDCR will arrange and have performed an upper GI endoscopy in consult with

19            Dr. Tate.  This shall occur within 90 days of this agreement.

20              A.   The consultant will be permitted to discuss history and ask

21              questions of Plaintiff.

22              B. Defendant will insure that necessary medical records are provided to the

23              consultant

24              C. Plaintiff will be allowed to provide the consultant with 6 pages of his

25              medical record, which have been previously provided to counsel.

26              D. Plaintiff shall be entitled to an Olsen review no more than 45 days

27              following his review of the endoscopy findings with his CCI treating

28              physician.

1     E. CDCR will provide plaintiff with a copy of chronic pancreatitis diagnosis

2 within 20 days from this agreement.

3  2. CDCR will provide Plaintiff with a standard issue jacket and consistent with the SHU

4    security requirements, no buttons or zippers will be on the jacket. This item will be

5    provided within 20 days.

6  3. CDCR will provide Plaintiff with 2 new pairs of standard issue thermal underwear.

7    This item will be provided within 20 days.

8  4. CDCR will provide Plaintiff with $50.00 (FIFTY DOLLARS), subject to restitution or

9    fines currently owed.

10          **STIPULATION**

11  **A.** **Effective Date**

12  This Stipulation of Voluntary Dismissal will take effect immediately after it is fully

13 executed and filed in the United States District Court for the Eastern District of California, in

14 Fresno, California.

15  **B.** **Dismissal of the Complaint**

16   1. All individual Defendants will be dismissed from this action with prejudice,

17 and it is agreed that no liability attaches or is attributed to any or all of them.

18   2. Plaintiff agrees to dismiss his complaint against all Defendants with

19 prejudice in exchange for the above.

20   3. The consideration is intended to include damages, attorneys' fees and all

21 related costs and expenses related to this litigation.  Any sums paid to Plaintiff will first be

22 applied to outstanding restitution or fines owing.

23  **C.** **General Release**

24  Plaintiff, on behalf of his heirs, assigns, and representatives, hereby fully waives,

25 relinquishes, releases, and discharges CDCR and its respective assigns, representatives, agents,

26 employees, former employees, successors, predecessors, insurers, attorneys, of and from any and

27 all claims, liabilities, demands, damages, and causes of action, of any kind or nature whatsoever,

28 in law, equity, or otherwise, whether fixed or contingent, whether now known or unknown,

Stipulation for Voluntary Dismissal

1 whether concealed or hidden, which now exist, which existed before the Effective Date, or which

2 may exist after the Effective Date, relating to any act, transaction, occurrence, event, error, or

3 omission by any of them prior to the Effective Date, arising out of or in any way related to the

4 complaint described about in Recitals.

5       **D.   Section 1542 Waiver**

6       Plaintiff waives and relinquishes, to the fullest extent that the law permits, the

7 provisions, rights, and benefits of California Civil Code § 1542, and he acknowledged that he is

8 familiar with, and has been advised by his legal counsel of, the provisions of California Civil

9 Code § 1542, which provides as follows:

10     A general release does not extend to claims which the credit does not know or suspect
    to exist in his favor at the time of executing the release, which, if known by him, must

11     have materially affected his settlement with the debtor.

12       **E.   Consideration**

13       As  set forth above, the agreement of CDCR and Plaintiff to waive any claims of any

14 nature arising out of this lawsuit, are the total and only consideration for this Stipulation of

15 Voluntary Dismissal.  If payment has not been made within ninety (90) days of the date this

16 stipulation is filed, the parties will reconvene with the court to determine what further action is

17 necessary.

18       **F.   Stipulation of Voluntary Dismissal Not to be Construed as an
           Admission**

19

20       The Defendants and CDCR enter into this Stipulation of Voluntary Dismissal solely for

21 the purpose of compromising and settling the matters in dispute in this action.  This Stipulation

22 of Voluntary Dismissal does not constitute an admission of any liability or responsibility of the

23 defendants or CDCR as to the truth or validity of Plaintiff's allegations in this action.

24       **G.  No Assignment or Transfer**

25       Plaintiff represents and warrants that he has not assigned or transferred, or purported to

26 assign or transfer, to any person, firm, corporation, or other entity, either voluntarily or

27 involuntarily, any claim debt, liability, demand, obligation, cost, expense, action, or cause of

28 action herein released.  Plaintiff agrees that he will file no legal action or other proceeding and

Stipulation for Voluntary Dismissal

4

1   will take no other action that causes any other person, association, firm, corporation, or entity to

2   assert any claim, debt, liability, demand, obligation, cost, expense, action, or cause of action

3   based on, or arising out of, or in connection with any such transfer or assignment or purported

4   transfer or assignment.

5   **H.   Review**

6   Each party acknowledges and agrees that he/she has given mature and careful thought

7   to this Stipulation of Voluntary Dismissal and has had the opportunity to review this Stipulation

8   of Voluntary Dismissal.

9   **I.   Absence of Representation**

10  Each party acknowledges that no representations of any kind or character have been

11  made by any other party or by any of their agents, representatives, or attorneys to induce the

12  execution of this Stipulation of Voluntary Dismissal, other than as stated in this Stipulation of

13  Voluntary Dismissal.

14  **J.   Choice of Law**

15  The laws of the State of California will govern any dispute regarding the interpretation,

16  application, and enforcement of this Stipulation of Voluntary Dismissal.

17  **K.   Attorney's Fees**

18  The parties will bear their own attorneys' fees and costs which they incurred to

19  prosecute or defend any action arising out of, based upon, or relating to this Stipulation of

20  Voluntary Dismissal.

21  **L.   Successors and Assignees**

22  This Stipulation of Voluntary Dismissal binds, and inures to the benefit of, the parties

23  and each of the parties' respective heirs, executors, administrators, successors, agents, and

24  assignees without time limitation.

25  **M.   Independent Terms**

26  If any court declares any of the provisions of this Stipulation of Voluntary Dismissal to

27  be illegal, void, or invalid, the illegal, void, or invalid provision(s) will not affect the validity of

28

Stipulation for Voluntary Dismissal

1   the remaining portions of this Stipulation of Voluntary Dismissal and will not constitute part of

2   this Stipulation of Voluntary Dismissal.

3   **N.   Waiver, Modification, and Amendment**

4   Each party may not waive any provision of this Stipulation of Voluntary Dismissal

5   except by a written agreement which all parties have signed.  A waiver of any provision of this

6   Stipulation of Voluntary Dismissal will not constitute a waiver of any other provision.  The

7   parties may modify or amend this Stipulation of Voluntary Dismissal only by a written agreement

8   which all parties have signed.

9   **O.   Title and Captions**

10  The paragraph titles in this Stipulation of Voluntary Dismissal have been inserted only

11  as a matter of convenience and for reference, and such paragraph titles in no way define, limit,

12  extend or describe the scope of this Stipulation of Voluntary Dismissal or the intent of the parties

13  in including any particular provision in this Stipulation of Voluntary Dismissal.

14  **P.   Execution of Additional Documents**

15  Each party agrees to execute, in a timely manner, any and all documents that are, or

16  may be necessary to give full effect to this Stipulation of Voluntary Dismissal.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation for Voluntary Dismissal

1    **Q.   Execution**

2         The parties may execute this Stipulation of Voluntary Dismissal in one or more

3    counterparts, each of which constitutes an original, and all of which constitute one and the same

4    Stipulation of Voluntary Dismissal.

5

6    DATED:   __11-9-05_____            ___/s/ Henri Brother_____
                                          HENRI BROTHER, Plaintiff
7

8    DATED:   __11/9/05_____          __/s/ Van Kamberian_____
                                          VAN KAMBERIAN
9                                         Deputy Attorney General,
                                          Attorney for Defendants
10

11        This Stipulation for Voluntary Dismissal is approved by the Court.  The Court retains

12   jurisdiction to enforce the settlement.  The Clerk will accordingly enter judgment and close this

13   action.

14      IT IS SO ORDERED.

15   **Dated:  November 21, 2005**            ____/s/ Robert E. Coyle_____
     668554                                   UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Voluntary Dismissal