# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRI BROTHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEHACHAPI PRISON MEDICAL PROVIDER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-CV-6338-REC-SMS-P<br><br>ORDER REQUIRING PLAINTIFF TO FILE A REPLY ADDRESSING POINTS SET FORTH IN DEFENDANTS' OPPOSITION TO HIS MOTION TO ENFORCEMENT SETTLEMENT AGREEMENT<br><br>(Doc. 109 and 110) |

　　　　On February 16, 2006, plaintiff Henri Brother ("plaintiff"), a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a motion seeking enforcement of the settlement agreement, which was reached during a settlement conference with the undersigned on November 9, 2005. Defendants filed an opposition to plaintiff's motion on March 1, 2006. After reviewing the motion and opposition, the court deems it necessary for plaintiff to file a reply brief addressing the points set forth in defendants' opposition.

　　　　Accordingly, within **thirty (30) days** from the date of service of this order, plaintiff shall file a reply brief addressing defendants' opposition.

IT IS SO ORDERED.

**Dated:   April 20, 2006**　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
b9ed48　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1