# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRI BROTHER,<br><br>        Plaintiff,<br><br>    v.<br><br>TEHACHAPI PRISON MEDICAL PROVIDER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-CV-6338-REC-SMS-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR SANCTIONS AND ENFORCEMENT OF SETTLEMENT AGREEMENT, AND DEEMING MOTION WITHDRAWN<br><br>(Docs. 109 and 112) |

On February 16, 2006, plaintiff Henri Brother ("plaintiff"), a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a motion seeking sanctions and enforcement of the settlement agreement, which was reached during a settlement conference with the undersigned on November 9, 2005. Defendants filed an opposition to plaintiff's motion on March 1, 2006. After reviewing the motion and opposition, the court deemed it necessary for plaintiff to file a reply brief addressing the points set forth in defendants' opposition and on April 20, 2006, ordered plaintiff to do so within thirty days. On May 1, 2006, plaintiff filed a motion seeking to withdraw his motion for sanctions and enforcement of the settlement agreement, and stated that the settlement agreement has been fulfilled.

///
///
///
///

1 | Accordingly, plaintiff's motion to withdraw his motion for sanctions and enforcement of the
2 | settlement agreement is GRANTED and the motion is deemed withdrawn.

4 | IT IS SO ORDERED.

5 | **Dated:   May 4, 2006**                            /s/ Lawrence J. O'Neill
  | b9ed48                                              UNITED STATES MAGISTRATE JUDGE